# Exhibit A

# APPENDIX 2

# LIVE MARKS

| Word Mark | LR LA ROSA REALTY |
|---|---|
| Translations | The English translation of "**La Rosa**" in the mark is "The Rose". |
| Goods and Services | IC 036. US 100 101 102. G & S: Real estate brokerage. FIRST USE: 20160801. FIRST USE IN COMMERCE: 20160801 |
| Mark Drawing Code | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| Design Search Code | 26.01.21 - Circles that are totally or partially shaded. |
| Serial Number | 88161630 |
| Filing Date | October 19, 2018 |
| Current Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | January 15, 2019 |
| Registration Number | 5715581 |
| International Registration Number | 1483581 |
| Registration Date | April 2, 2019 |
| Owner | (REGISTRANT) La Rosa Realty, LLC LIMITED LIABILITY COMPANY FLORIDA 1420 Celebration Blvd, Suite 200 Celebration FLORIDA 34747 |
| Disclaimer | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "REALTY" APART FROM THE MARK AS SHOWN |
| Description of Mark | Color is not claimed as a feature of the mark. The mark consists of circle with cursive "L" and "R" with the words "La Rosa Realty" below. |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |