**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,                                    CASE NO:   6:21-CV-01660-ACC-DCI

   Plaintiffs,
 v.

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,

   Defendants.
_____/

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME
TO COMPLETE SERVICE OF PROCESS**

  The Plaintiffs, by and through their undersigned counsel and pursuant to Rules 4 and 6 of the Federal Rules of Civil Procedure, hereby file their Motion requesting an additional forty-five (45) day extension of time within which to serve process upon the Defendants, and show the Court that:

  1. Pursuant to the Federal Rules of Civil Procedure, service of process was required to be completed by January 4, 2022.

  2. The Court granted Plaintiff's Motion for Extension of Time to Complete Service of Process providing the Plaintiffs an additional 60 days to complete personal service of process upon the Defendants up to an including March 4, 2022.

3. The Plaintiffs have continued in substantial activities to serve personal process upon the Defendants both in this District and in Puerto Rico where the Defendants are also expected to be found.

4. These efforts have included the use of process servers in both Florida and Puerto Rico and multiple attempts to serve the Defendants.

5. As indicated in Plaintiffs first Motion for Extension of Time, prior to filing this action, the parties engaged in substantial and continuous discussions to avoid litigation and shared settlement offers between them.  Yet, once the Complaint was filed, Defendants became unavailable through counsel or otherwise and have evaded service of process and concealed their whereabouts.  And, as the Court knows, a request to the Defendants' counsel that represented them in negotiations prior to suit to accept service of process was denied.  A request for the same on the Defendants' purported Puerto Rico counsel for acceptance of service was also rejected.

6. Defendant, LA ROSA REALTY PUERTO RICO, PSC, has its registered agent listed as Defendant, ANA IVELISSE MORALES, at 131 LOS GATOS PL, KISSIMMEE, FL 34759.  Defendants have refused to make their Registered Agent available as required by Florida Statutes.  After diligent and multiple efforts to serve the Defendants at this and other locations, including Defendants' registered office in Puerto Rico, Plaintiffs have yet to serve the Defendants personally because they are evading service and concealing their whereabouts.  The Defendants appear now to be non-residents and located in Puerto Rico.

7. Defendants are concealing their whereabouts and avoiding service of process. Additional time is needed in good faith for the Plaintiffs to now proceed with alternative service of process including: (1) amending the complaint to allege the basis of alternative service; (2) requesting new summonses from the Court to the Defendants care of the Secretary of State; (3)

serving the Secretary of State on behalf of the Defendants; (4) gathering additional evidence of the non-residency of the Defendants and/or their efforts to conceal their whereabouts or otherwise evade service and (5) the filing of a Motion for Approval of Substitute Service. with the Court.

8. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, when an act may or must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time.

9. This Motion is made before the original time to complete the acts required. Good cause exists to grant this Motion based upon the good faith efforts of the Plaintiffs and the time reasonably necessary to comply with Rule 4 of the Federal Rules of Civil Procedure and achieve and prove valid alternative service.

10. Accordingly, Plaintiffs respectfully request an additional forty-five (45) days to complete service upon the Defendants or to seek substitute service of process and to file a motion for approval of the same before this Court.

DATED this 4th day of March 2022.

Vincent B. Lynch, Esq.
Florida Bar No 0917801
V.lynch@elpglobal.com

Carlos J. Bonilla, Esq.
Florida Bar No. 0588717
carlos@elpglobal.com

ELP Global, PLLC
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
Attorney for Plaintiffs

                                 By:     /s/ Carlos J. Bonilla
                                         Carlos J. Bonilla
                               By:     /s/ Vincent B. Lynch
                                         Vincent B. Lynch

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users and that a copy of which was mailed to the last known addresses of the Defendants.

                               By:     /s/ Vincent B. Lynch
                                       Vincent B. Lynch