# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,

             CASE NO:   6:21-CV-01660-ACC-DCI

      Plaintiffs,

  v.

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,

      Defendants.

_____/

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME
## TO COMPLETE SERVICE OF PROCESS

The Plaintiffs, by and through their undersigned counsel and pursuant to Rules 4 and 6 of the Federal Rules of Civil Procedure, hereby file their Motion requesting an additional thirty (30) day extension of time within which to serve process upon the Defendants, and show the Court that:

1.    The Court graciously granted Plaintiff's prior Motions for Extension of Time to Complete Service of Process providing the Plaintiffs up to an including April 22, 2022 to complete service of process.

2.    The Plaintiffs have continued in substantial activities to serve personal process upon the Defendants both in this District and in Puerto Rico where the Defendants are also expected to be found to no avail.

3. Plaintiffs submitted a formal request to the Secretary of State for alternative service of process upon the Defendants and expect that acceptance of the same will be received shortly.

4. Defendants are concealing their whereabouts and avoiding service of process. Additional time is needed in good faith for the Plaintiffs to receive acceptance of alternative service of process and to file an Affidavit of Compliance and Motion for Approval of Substitute Service with the Court.

5. Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, when an act may or must be done within a specified time, the court may, for good cause, extend the time if a request is made before the original time.

6. This Motion is made before the original time to complete the acts required. Good cause exists to grant this Motion based upon the good faith efforts of the Plaintiffs and the time reasonably necessary to comply with Rule 4 of the Federal Rules of Civil Procedure and achieve and prove valid alternative service. Plaintiffs are in communication with the Secretary of State and expect to receive acceptance of alternative service soon. Upon receipt of the same, Plaintiffs will forthwith file their Affidavit of Compliance and the required Motion for Approval of Substitute Service of Process.

7. Accordingly, Plaintiffs respectfully request an additional thirty (30) days to complete this process.

DATED this 18th day of April 2022.

Vincent B. Lynch, Esq.
Florida Bar No 0917801
V.lynch@elpglobal.com

ELP Global, PLLC
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
Attorney for Plaintiffs

By:   /s/ Vincent B. Lynch
       Vincent B. Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users and that a copy of which was mailed to the last known addresses of the Defendants.

By:   /s/ Vincent B. Lynch
       Vincent B. Lynch