IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,                           CASE NO:6:21-CV-1660-ACC

      Plaintiffs,
v.

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,

      Defendants.
_____/

## APPLICATION FOR ENTRY OF CLERK'S DEFAULT

    Pursuant to Local Rule 1.10 of the United States District Court for the Middle District of Florida and Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs file this Application for Entry of Clerk's Default against both Defendants, and state that:

    1. Plaintiffs make application to the Clerk of this Court for entry of default as to both Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

    2. Plaintiffs served the Defendants via the Florida Secretary of State, pursuant to Sections 48.161 and 48.181 of the Florida Statutes. On or about April 26, 2022, the Secretary of State of the State of Florida accepted service of process on behalf of each of the Defendants. Proof of such service was filed with the Court. As required by Sections 48.161, 48.081 and 48.19, a copy of the Secretary of State's acceptance of the Complaint and summons was sent by registered or certified mail to each of the Defendants including the Complaint and Summons for each Defendant on May 11, 2022. Defendants failed to accept and return acknowledgement of the mailing of the notice of service, Complaint

and Summons. The Defendants are concealing their whereabouts and Plaintiffs exercised due diligence in attempting to locate the Defendants *Chapman, Chapman v. Sheffield*, 750 So.2d 140, 143 (Fla. 1st DCA 2000). In other words, the failure of delivery of service is attributable to the Defendants. See Robinson v. Cornelius, 377 So.2d 776, 778 (Fla. 4th DCA 1979). *Jennings v. Montenegro*, 792 So. 2d 1258, 1261 (Fla. Dist. Ct. App. 2001).

3. Defendants had until June 1, 2022, to respond to the Complaint and to date, the docket reflects that no responsive pleading or request to extend the time to respond have been filed by the Defendants and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired. Neither Defendant has made any effort to contact the Plaintiffs or the undersigned in response to this matter and are in default as to the Complaint and Summons.

4. Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the Clerk should enter the party's default.

Wherefore, Plaintiffs La Rosa Franchising, LLC and La Rosa Realty, LLC, request that the Clerk enter a default as to Defendants, Ana Ivelisse Morales, and La Rosa Realty Puerto Rico, PSC on the Complaint.

Respectfully submitted this 6th day of June 2022.

                **ELP Global, PLLC**

                Vincent B. Lynch
                Florida Bar No. 0917801
                7901 Kingspointe Parkway, Suite 8
                Orlando, Florida 32819
                Phone: (813) 727-4490
                Email: v.lynch@elpglobal.com

## CERTIFICATE OF SERVICE

The foregoing was served via registered mail to the last known address of each Defendant on June 6, 2022.