UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,**

      **Plaintiffs,**

**v.**                                         **Case No: 6:21-cv-1660-ACC-DCI**

**ANA IVELISSE MORALES and LA
ROSA REALTY PUERTO RICO,
PSC,**

      **Defendants.**
_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendants **ANA IVELISSE MORALES** and **LA ROSA REALTY PUERTO RICO, PSC** in Orlando, Florida on the 17th day of June, 2022.

                                                          ELIZABETH M. WARREN, CLERK

                                                                  s/knc, Deputy Clerk

Copies furnished to:

Counsel of Record