UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LA ROSA FRANCHISING, LLC, *et ano.*,

      Plaintiffs,

v.

ANA IVELISSE MORALES, *et ano.*,

      Defendants.

Case No. 6:21-cv-01660-ACC-DCI

## DECLARATION OF ANA IVELISSE MORALES

Pursuant to 28 U.S.C. § 1746, I, Ana Ivelisse Morales, declare as follows:

     1.     My name is Ana Ivelisse Morales. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

     2.     I am a defendant in the above-styled case, along with La Rosa Realty Puerto Rico, P.S.C. (LRRPRPSC).

     3.     I am the sole owner of LRRPRPSC. LRRPRPSC is a Puerto Rico corporation that was registered and incorporated in the Commonwealth of Puerto Rico Department of State on November 16, 2022. A true and correct copy of LRRPRPSC's Puerto Rico certificate of incorporation is attached hereto as **Exhibit A**.

4. The street and mailing addresses on the LRRPRPSC certificate of incorporation, which are both in San Juan, Puerto Rico, have at all times since the company's incorporation been the correct addresses for LRRPRPSC.

5. I am the registered agent in the Commonwealth of Puerto State Department for LRRPRPSC in Puerto Rico.

6. LRRPRPSC is not a Florida entity and has never listed a Florida address with the Florida Department of State.

7. Although LRRPRPSC is an active Puerto Rico corporation, it has never conducted any business.

8. LRRPRPSC does not operate a website.

9. Neither I nor LRRPRPSC created the website listed in Appendix 4 to the legal opinion attached to Plaintiffs' complaint.

10. Neither I nor the LRRPRPSC own or use any websites that reference "La Rosa" on them.

11. Neither I nor LRRPRPSC owns the website in Appendix 4 to the opinion filed with the complaint

12. I also believe that Plaintiffs have other websites using the name "La Rosa Realty Puerto Rico" in connection with my name. I do not own, operate, or control those websites, and I do not consent to Plaintiffs' use of my name or likeness in connection with those websites.

13. LRRPRPSC does not have a bank account.

14. LRRPRPSC does not have employees or contractors.

15. LRRPRPSC does not have any customers.

16. LRRPRPSC is not a party to any lease agreements.

17. I applied to register a trademark application with the U.S. Patent and Trademark Office in connection with LRRPR, but that application was cancelled in early 2021.

18. I have a residence in both San Juan, Puerto Rico and Kissimmee, Florida. I often travel between those places and sometimes elsewhere.

19. Since the initiation of this lawsuit, I have been in Florida and Puerto Rico.

20. At no time during these proceedings have I been hiding or concealing my whereabouts.

21. At no time during these proceedings did any of the Plaintiffs or their counsel serve me personally.

22. At no time during these proceedings, as far as I know, has LRRPRPSC received any mail from Plaintiffs.

23. I have only received a delivery slip from Plaintiffs (I did not realize it was them at first because it was purportedly sent by El P Global, and I did not understand that was Plaintiffs' counsel). The slip was dated May 12, 2022 and listed my name. The slip informed me that I had to pick up certified mail. By the time I received the delivery slip, the mail was no longer available for pickup. I do not know the contents of the undelivered mail.

24. I read Plaintiffs' filings in which they insinuate that I threw papers at their process server in Puerto Rico and drove away. That was not me.

25. It is my understanding that I did not have to respond to the lawsuit until I was served.

26. To date neither I nor LRRPRPSC has been personally served, although I understand that Plaintiffs have claimed that they served me and the company by another means.

I declare under penalty of perjury that the foregoing is true and current. Executed on June 17, 2022.

Ana Ivelisse Morales

Exhibit A



Government of Puerto Rico
Department of State

Transaction Date: 16-Nov-2019
Register No: 436639
Order No: 1707947

# Government of Puerto Rico

## Certificate of Incorporation of a Professional Corporation

### Article I - Corporation Name

**The name of the Professional Corporation Domestic is: LA ROSA REALTY PUERTO RICO, PSC
Desired term for the entity name is: PSC**

### Article II - Designated Office and Resident Agent

Its designated office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **500 Munoz Rivera, El Centro I, Suite 243, SAN JUAN, PR, 00918** |
| Mailing Address | **P.O. Box 361390, SAN JUAN, PR, 00936-1390** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **Morales Maldonado, Ana Ivelisse** |
| Street Address | **500 Munoz Rivera, El Centro I, Suite 243, SAN JUAN, PR, 00918** |
| Mailing Address | **P.O. Box 361390, SAN JUAN, PR, 00936-1390** |
| Email | **larosarealtypuertorico@gmail.com** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

Venta, Compra, Alquiler, Administracion de Propiedades, Consultoria y Servicios de Bienes Raices.

### Article IV - Capital Stock

The number and classes of authorized capital stock of this corporation are as follows:

| | |
|---|---|
| Class | **Common** |
| Share Number | **1,000** |
| Par Value | **$1.00** |

The denomination, faculties, preferences, and rights of the stock are:

**Fixed by the Board of Directors by corporate resolution.**

### Article V - Incorporators

The name, street and mailing address of each Incorporator is as follows:

| | |
|---|---|
| Name | **Morales Maldonado, Ana Ivelisse** |

| | |
|---|---|
| Street Address | **500 Munoz Rivera, El Centro I, Suite 243, SAN JUAN, PR, 00918** |
| Mailing Address | **P.O. Box 361390, SAN JUAN, PR, 00936-1390** |
| Email | **larosarealtypuertorico@gmail.com** |

All the incorporators and stockholders of this corporation are duly licensed by the Government of Puerto Rico to offer the professional service described in Article III of this Certificate of Incorporation of a Professional Corporation.

## Article VI - Directors

If the faculties of the Incorporators will end upon the filing of the Certificate of Incorporation of a Professional Corporation, the names, physical and mailing address of the persons who will act as Directors until the first annual meeting of the members or until their successors replace them are as follows:

| | |
|---|---|
| Name | **Morales Maldonado, Ana Ivelisse** |
| Title | **President** |
| Street Address | **500 Munoz Rivera, El Centro I, Suite 243, SAN JUAN, PR, 00918** |
| Mailing Address | **P.O. Box 361390, SAN JUAN, PR, 00936-1390** |
| Email | **larosarealtypuertorico@gmail.com** |
| Expiration Date | **Indefinite** |

All officers and directors are licensed by the Government of Puerto Rico to offer the professional service described in Article III of this Certificate of Incorporation of a Professional Corporation.

## Article VII - Terms of Existence

The term of existence of this entity will be:

Perpetual

The date from which the entity will be effective is:

16-nov-2019

## Supporting Documents

| Document | Date Issued |
|---|---|

## STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Morales Maldonado, Ana Ivelisse, for the purpose of forming a corporation pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true.

Additionally, we hereby CERTIFY that all the stockholders, directors and officers of this professional corporation are duly licensed, certified, registered or otherwise legally authorized to render in the