IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA

LA ROSA FRANCHISING, LLC and

LA ROSA REALTY, LLC,   CASE NO:6:21-CV-1660-ACC

Plaintiffs,

v.

ANA IVELISSE MORALES and

LA ROSA REALTY PUERTO RICO, PSC

Defendants.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## AND MEMORANDUM OF LAW

Pursuant to Local Rule 6(b) of the Federal Rules of Civil Procedure, Plaintiffs move this Court for an order to extend the time to file a response to Defendants' Motion to Set Aside Clerk's Default and to Quash Service until July 11, 2022.  In support thereof, Plaintiffs state:

1. Defendants' Motion was filed on June 17, 2022.

2. Pursuant to the Local Rules, a Response to the Defendants' Motion is due on or before July 1, 2022.

3. Since the filing of the Defendants' Motion, Plaintiffs primary counsel, Vincent Lynch, has contracted Covid-19 and is out of work due to his illness.

4. Rule 6(b), Federal Rules of Civil Procedure permits the Court to extend the time to file a response or other pleadings, for good cause shown. The undersigned believes that good cause has been shown due to counsel's illness.

### 3.01(g) Certification

On June 29, 2022, James M. Slater, Esq., authorized Plaintiffs' counsel to represent to the Court that the Defendants do not oppose the relief requested herein.

Wherefore, Plaintiffs request this Court to extend the time to file a response to the Motion to Set Aside Clerk's Default and to Quash Service until July 11, 2022.

Respectfully submitted this 30th day of June 2022.

**ELP Global, PLLC**

Vincent B. Lynch
Florida Bar No. 0917801
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
Phone: (813) 727-4490
Email: v.lynch@elpglobal.com

Carlos J. Bonilla
FL BAR #0577818
carlos@elpglobal.com
ELP Global, PLLC
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

On June 30, 2022, the foregoing was filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who have appeared in this case to date. The foregoing was served registered mail to the last known address of each Defendant on June 6, 2022.

**ELP Global, PLLC**

Vincent B. Lynch
Florida Bar No. 0917801
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
Phone: (813) 727-4490
Email: v.lynch@elpglobal.com

Carlos J. Bonilla
FL BAR #0577818
carlos@elpglobal.com
ELP Global, PLLC
7901 Kingspointe Parkway, Suite 8
Orlando, Florida 32819
*Attorneys for Plaintiffs*