UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LA ROSA FRANCHISING, LLC, *et ano.*,

    Plaintiffs,

v.

ANA IVELISSE MORALES, *et ano.*,

    Defendants.

Case No. 6:21-cv-01660-ACC-DCI

**DEFENDANTS' SUPPLEMENTAL CERTIFICATION
TO MOTION TO VACATE DEFAULT AND
QUASH SERVICE OF PROCESS [D.E. 26]**

Pursuant to Local Rule 3.01(g) and this Court's endorsed order on Plaintiffs' Unopposed Motion for Extension of Time [D.E. 28], Defendants advise the Court that on July 6, 2022 counsel for the parties communicated by telephone to discuss their respective positions on Defendant's Motion to Vacate Default and Quash Service [D.E. 26]. Defendants further advise the Court that Plaintiffs have informed the undersigned that they maintain their opposition to Defendants' request to vacate the Clerk's Default [D.E. 24] and to quash service.

Dated: July 7, 2022.

                Respectfully submitted,

                SLATER LEGAL PLLC

                By: */s/ James M. Slater*
                      James M. Slater (FBN 111779)

        113 S. Monroe Street
Tallahassee, Florida 32301
james@slater.legal
Tel.: (305) 523-9023

*Counsel for Defendants*

## Certificate of Service

I hereby certify that on July 7, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

        By: */s/ James M. Slater*
        James M. Slater