UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,
                Plaintiffs,

v.                                      Case No: 6:21-cv-1660-ACC-DCI

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,
                Defendants.

## SUPPLEMENTAL CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

The Parties hereto, by the undersigned, pursuant to the Court's Order of July 3, 2022, Dkt. 28, inform the Court that a teleconference took place between Defendant's counsel, Mr. James Slater, and Plaintiff's counsel, Mr. Bradford Patrick, on the afternoon of July 8, 2022, with follow up electronic correspondence. Counsel discussed the procedural posture of the case, the possibility of finding a way to position the matter for consideration on the merits, and the interest level of the litigants in settlement, but were unable to reach a definitive agreement about the manner in which to proceed.

Counsel agreed to remain open to suggestions and to confer with their respective clients, again, concerning the matters at issue, to wit: (a) Plaintiffs' Clerk's Default; (b) Defendant's Motion to Vacate and Quash Service; (c) Defendant's potential responsive pleadings; and (d) settlement.

/

RESPECTFULLY SUBMITTED THIS 8th DAY OF JULY, 2022.

| For PLAINTIFFS: | For DEFENDANTS: |
|---|---|
| /s/ *Bradford A. Patrick* | /s/ *James M. Slater* |
| Bradford A. Patrick, Esq. | James M. Slater, Esq. |
| Florida Bar No. 0529850 | Florida Bar No. 111779 |
| brad@elpglobal.com | james@slater.legal |
| ELP GLOBAL PLLC | SLATER LEGAL PLLC |
| 7901 Kingspointe Pkwy, #8 | 113 S. Monroe Street |
| Orlando, FL 32819 | Tallahassee, FL |

## Certificate of Service

I hereby certify that on July 8, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *Bradford A. Patrick*
       Bradford A. Patrick