UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,
                      Plaintiffs,

v.                                       Case No: 6:21-cv-1660-ACC-DCI

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,
                      Defendants.

## MOTION TO WITHDRAW LR 3.01(G) CERTIFICATION

Further to the Court's order, see Dkt. 32, Plaintiffs move to withdraw the Supplemental Certificate of Counsel filed pursuant to Local Rule 3.01(g), Dkt. 30. The Certificate of conferral should not have been filed as a joint certification.

Dated this 11th day of July, 2022.

                                                          /s/ Bradford A. Patrick
                                                          Bradford A. Patrick, Esq.
                                                          Florida Bar No. 0529850
                                                          brad@elpglobal.com
                                                          ELP GLOBAL PLLC
                                                          7901 Kingspointe Pkwy, #8
                                                          Orlando, FL 32819
                                                          Counsel for Plaintiffs

## Certificate of Service

I hereby certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *Bradford A. Patrick*
Bradford A. Patrick