UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LA ROSA FRANCHISING, LLC and
LA ROSA REALTY, LLC,
                Plaintiffs,

v.                                      Case No: 6:21-cv-1660-ACC-DCI

ANA IVELISSE MORALES and
LA ROSA REALTY PUERTO RICO, PSC,
                Defendants.

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO VACATE CLERK'S ENTRY OF DEFAULT AND MOTION TO QUASH SERVICE

In light of the Court's order, see Dkt. 32, and upon reflection, Plaintiffs do not object to Defendant's Motion to Vacate Clerk's Entry of Default and Motion to Quash Service of Process, Dkt. 26.

Dated this 11th day of July, 2022.

                                              */s/ Bradford A. Patrick*
                                              Bradford A. Patrick, Esq.
                                              Florida Bar No. 0529850
                                              brad@elpglobal.com
                                              Carlos J. Bonilla, Esq.
                                              Florida Bar No. 0577818
                                              carlos@elpglobal.com
                                              ELP GLOBAL PLLC
                                              7901 Kingspointe Pkwy, #8
                                              Orlando, FL 32819
                                              Counsel for Plaintiffs

## Certificate of Service

I hereby certify that on July 11, 2022, I electronically filed the foregoing document with the Clerk by using the CM/ECF system, which will serve a copy on all counsel of record.

By: /s/ *Bradford A. Patrick*
Bradford A. Patrick